# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-4479

—————————————————

M.P., Father of K.B.P., K.K.P.
and K.M.P., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

—————————————————

On appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

June 17, 2019

PER CURIAM.

    AFFIRMED.

WETHERELL, WINSOR, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

David J. Joffe, Joffe Law, P.A., Fort Lauderdale, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.

David Davis and Thomasina F. Moore, Florida Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.